IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BELLA L. McMILLAN, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 98-0778-CB-M |
| JO ANNE B. BARNHART, Commissioner of Social Security, | : |
| Defendant. | : |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees under 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** a fee of $6,234.25 for his services before the Court.

DONE this 7th day of June, 2005.

s/Charles R. Butler, Jr.
SENIOR UNITED STATES DISTRICT JUDGE